UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENE BOISVERT,<br><br>        Plaintiff,<br><br>   v.<br><br>WAI FUN LI,<br><br>        Defendant. | Case No. 13-cv-01590 NC<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

The Court has received plaintiff's request to proceed in forma pauperis. In his request, plaintiff states that he does not own a home. Dkt. No. 3 at 3. Additionally, in response to the question about "other assets," plaintiff states that he has a "Rental house-vacant. Pending short sale." *Id.* Plaintiff previously applied for permission to proceed in forma pauperis in another case filed in this district, *Boisvert v. Lohan et al.*, No. 12-cv-04263 EDL. Plaintiff's request in that case, dated August 13, 2012, listed as his assets a home valued at $550,000 and "Other real estate" valued at $111,000. No. 12-cv-04263 EDL, Dkt. 3 at 3.

The Court orders plaintiff to provide additional information in support of his request to proceed in forma pauperis by filing a revised application by May 3, 2013. Specifically, plaintiff must provide (1) the estimated market value of the asset listed as "rental house," (2) further details about the status of the "pending short sale" and its effect on the value of

the "rental house" as an asset, and (3) an explanation of the relationship between the "rental house" asset and the real estate assets listed on plaintiff's August 13, 2012 in forma pauperis application.

IT IS SO ORDERED.

Date: April 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01590 NC
ORDER RE: APPLICATION
TO PROCEED IN FORMA PAUPERIS

2