1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RENE BOISVERT, | Case No. 13-cv-01590 NC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WAI FUN LI, NEW CENTURY TITLE CO.; GEORGE E. ONG; and DOES 1-4, | |
| Defendants. | |

In accordance with the Court's January 24, 2014, order dismissing the action as to all defendants, the Court hereby enters final judgment in this action under Federal Rule of Civil Procedure 58 in favor of the defendants and against plaintiff. Because plaintiff and all defendants that have been served have consented to proceed before a magistrate judge, this Court has jurisdiction under 28 U.S.C. § 636(c). Any appeal from this judgment may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court. The clerk is ordered to terminate case No. 13-cv-01590 NC.

IT IS SO ORDERED.

Date: January 24, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01590 NC
JUDGMENT